# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br>ASHLEY ROANE<br><br>*Defendant(s)* | Case No. **13-1303 SKG** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  February 26, 2013 to May 28, 2013  in the county of  Baltimore City  in the
_____ District of  Maryland , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Ct. 1 - 21 USC § 846 | Attempted possession with intent to distribute one kilogram or more of heroin |
| Ct. 2 - 18 USC § 924(c) | Possession of a firearm in furtherance of a drug trafficking crime |
| Ct. 3 - 18 USC § 1028A | Aggravated identity theft |

This criminal complaint is based on these facts:

See attached Affidavit of FBI Special Agent Mark James

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Mark James
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/28/13

City and state:  Baltimore, Maryland

*Judge's signature*

The Honorable Susan K. Gauvey
*Printed name and title*