_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

JUN 0 4 2013

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

UNITED STATES

v.                                                          No. 13-1303-SKG

ASHLEY ROANE

### MEMORANDUM

   This memorandum documents the reasons for my Order Setting Conditions of Release dated
June 4, 2013. While I agree that, if proven, the allegations establish an egregious breach of
public trust, the Bail Reform Act requires imposition of the least restrictive conditions or
combination of conditions to reasonably assure the appearance of the person as required and the
safety of any other person and the community. 18 U.S.C. § 3142(c)(1)(B). Because of the
charges involving attempted narcotics trafficking and the associated use of a firearm, this is a
case in which the Government enjoys the rebuttable presumption that no condition or
combination of conditions will reasonably assure the appearance of the defendant in court and
the community safety. 18 U.S.C. § 3142(e)(3)(A)&(B). However, I find that the presumption
has been rebutted in this case by the following facts:

   (1) The strict conditions of release, including 24/7 lockdown on electronic monitoring and a
       responsible third-party custodian who is present in the home for the majority of the day,
       will ensure both the defendant's appearance in court and her compliance with release
       conditions. The defendant has been advised that any direct or indirect contact with the
       cooperating source will result in immediate detention.
   (2) The criminal activity in this case, while allegedly instigated by the defendant, involved
       government-supervised conduct involving a cooperating source, and there is no evidence
       that the defendant has ongoing ties to persons engaged in criminal activity.
   (3) The defendant no longer has access to her service firearm, her police uniform and
       vehicle, or the Baltimore Police computer system, which were the tools allegedly used to
       commit the charged offenses.
   (4) The defendant has no criminal history whatsoever, and no history of substance abuse.
       She therefore has no history of non-compliance with conditions of pretrial release or
       failures to appear in court.
   (5) Pretrial Services, following its investigation, recommended release of the defendant on
       less stringent conditions than those imposed by my Order.


June 4, 2013                                          /s/
Date                                                 Stephanie A. Gallagher
                                                     United States Magistrate Judge