IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. WDQ-13-0583 |
| ASHLEY ROANE, | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*

## WAIVER OF INDICTMENT

I, Ashley Roane, the above named defendant, who is accused of extortion under color of right, in violation of 18 U.S.C. § 1951, and bribery, in violation of 18 U.S.C. § 1028A, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on November 6, 2013, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Ashley Roane

_____
Brendan Hurson, Esq.
Counsel for Defendant

Before: _____
The Honorable William D. Quarles
United States District Judge